

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00513-CV

**IN THE INTEREST OF B.L.G.**, M.Y.G., P.J.D., R.N.D., and A.V.D., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01530
Honorable Linda A. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the motions to withdraw are DENIED, and the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellants in relation to this appeal because they qualify as indigent under TEX. R. APP. P. 20.

SIGNED December 11, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice